# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER SHAWN BOLLING,** | ) | **CASE NO. 7:17CV00298** |
| | ) | |
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE,** | ) | **By: Hon. Glen E. Conrad** |
| **DIRECTOR,** | ) | **United States District Judge** |
| Respondent. | ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motion to dismiss, ECF No. 10, is **GRANTED**, the petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, is **DISMISSED**, and the clerk shall **STRIKE** this action from the active docket of the court.

Further, finding that petitioner has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

**ENTER**: This 8th day of December, 2017.

                                                */s/ Glen E. Conrad*
                                           United States District Judge